No. 73–5943.  CARUTHERS *v.* CALIFORNIA.  Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–6022.  DIGGS *v.* ROSS ET AL.  Appeal from Ct. App. D. C. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–875 (73–6430).  BEKENY *v.* UNITED STATES. Application for stay of execution and enforcement of judgment of the United States Court of Appeals for the Second Circuit, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

No. A–881.  SAPERE *v.* UNITED STATES.  Application for stay of execution and enforcement of judgment of the United States Court of Appeals for the Second Circuit, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–882.  DOE (DYMAN) ET AL. *v.* UNITED STATES. Application for stay of execution and enforcement of judgment of the United States Court of Appeals for the Second Circuit, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.